KREJCI, EXR., *v.* PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY.

[Cite as *Krejci v. Prudential Prop. & Cas. Ins. Co.* (1993), 66 Ohio St.3d 15.]

(No. 92–465—Submitted January 13, 1993—Decided February 24, 1993.)

*Porter, Wright, Morris & Arthur, Richard M. Markus* and *Ralph Streza,* for petitioner.

*Quandt, Giffels, Buck & Rodgers Co., L.P.A., Walter R. Matchinga* and *Jeffrey A. Schenk,* for respondent.

*Martin W. Williams* and *John K. Fitch,* urging a negative answer to the certified question for *amicus curiae,* Ohio Academy of Trial Lawyers.

---

The United States District Court for the Northern District of Ohio, Eastern Division, has certified the following question to us:

"Does Ohio Revised Code § 3929.06 preclude an injured person from bringing any action, including a declaratory judgment action, against the tortfeasor's insurer unless the injured person has first obtained a judgment against the insured?"

The certified question is answered in the negative.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.